IN THE SUPREME COURT OF TEXAS

 No. 07-0254

 IN RE CHRISTUS SPOHN HEALTH SYSTEM CORPORATION A/K/A CHRISTUS SPOHN
 HOSPITAL SHORELINE

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed April 3, 2007, is
granted. The order dated March 2, 2007, in Cause No. 04-62294-02, styled
Elva Sherrill v. Christus Spohn Health System Corporation a/k/a Christus
Spohn Hospital Shoreline, in the County Court at Law No 2 of Nueces County,
Texas, is stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this April 13, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk